**Theodore GESELLE v. UNITED STATES.**
No. 448.

Circuit Court of Appeals, Tenth Circuit.
March 19, 1931.

Ayres, Cowan, McCorkle & Fair and Dempster O. Potts, all of Wichita, Kan., for appellant.

Dan B. Cowie, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed March 19, 1931, per stipulation, at costs of appellant.

---

**Griffin GILDEN, Plaintiff-Appellee, v. KEANSBURG STEAMBOAT COMPANY, Defendant-Appellant.**
No. 371.

Circuit Court of Appeals, Second Circuit.
May 18, 1931.

Alexander, Ash & Jones, of New York City (Lawson R. Jones, Edward Ash, and Max Taylor, all of New York City, of counsel), for appellant.

Paul C. Matthews, of New York City (William S. Butler, of Brooklyn, N. Y., and Paul C. Matthews and Archibald F. McGrath, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

---

**Benjamin GITLOW, as President of Revolutionary Age, an Unincorporated Corporation Consisting of Seven Persons, Complainant-Appellant, v. John J. KIELY, Postmaster of the City of New York, Defendant-Appellee.**
No. 370.

Circuit Court of Appeals, Second Circuit.
May 4, 1931.

Arthur Garfield Hays, of New York City (Oscar Stabiner, of New York City, of counsel), for complainant-appellant.

George Z. Medalie, U. S. Atty., of New York City (Samuel C. Coleman and Frank W. Ford, Asst. U. S. Attys., both of New York City, of counsel), for defendant-appellee.

Before MANTON, L. HAND, and CHASE. Circuit Judges.

PER CURIAM.

Orders, 44 F.(2d) 227, affirmed on the authority of Gitlow v. People of New York, 268 U. S. 652, 45 S. Ct. 625, 69 L. Ed. 1138.

---

**Pat HARRIS v. UNITED STATES.**
No. 424.

Circuit Court of Appeals, Tenth Circuit.
Jan. 19, 1931.

W. F. Rampendahl, U. S. Atty., of Muskogee, Okl.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed January 19, 1931, on motion of appellee, for failure to prosecute.